UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-22422-CIV-SMITH/LOUIS
CASE NO. 18-20599-CR-SMITH

BARRY P. MEZEY,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter came before the Court upon the Report and Recommendations [DE 43] of Magistrate Judge Louis, in which she recommends denying Movant's Motion to Vacate Sentence and denying Movant's Motion for Injunctive Release. Movant has not filed objections to the Report and Recommendations. Having reviewed, *de novo*, the Report and Recommendations and the record, and given that there are no objections, it is

**ORDERED** that:

1) The Report and Recommendations [DE 43] of Magistrate Judge Louis are **AFFIRMED and ADOPTED**, and incorporated by reference into this Court's Order; and

2) Movant's Motion to Vacate Sentence [DE 1] is **DENIED.**

3) Movant's Motion for Injunctive Release by Federal Judgment [DE 12] is **DENIED.**

4) All pending motions not otherwise ruled upon are **DENIED as moot.**

5) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 8th day of July, 2021.

                RODNEY SMITH
                UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record/Pro se plaintiff